IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00216-MSK-MJW

DIGITAL WAVE CORPORATION, a Colorado corporation,

    Plaintiff,

v.

SCIENTIFIC CYLINDER INTERNATIONAL LLC, a Colorado limited liability company,

    Defendant and Counter-Claimant,

AND

SCIENTIFIC CYLINDER - ROCKY MOUNTAIN REGION, LLC, a Colorado limited liability company, and
XS ENGINEERING, LLC, a Colorado limited liability company,

    Defendants.

_____

SCIENTIFIC CYLINDER INTERNATIONAL LLC, a Colorado limited liability company,

    Third-Party Plaintiff,

v.

MICHAEL R. GORMAN,
STEVEN ZIOLA,
RICHARD QUINE,
JOHN B. GREENMAN,
PAUL GRAVES, and
RICHARD FICK,

    Third-Party Defendants.

_____

**ORDER SETTING LAW AND MOTION HEARING AND
TERMINATING CERTAIN PENDING MOTIONS**
_____

    **THIS MATTER** comes before the Court pursuant to the Plaintiff's Second Amended

Motion for Preliminary Injunction **(# 43)**. That matter will be heard at a 15-minute, non-evidentiary hearing on **Thursday, August 18, 2005** at **8:30 a.m.**, for purposes of setting a preliminary injunction hearing. Counsel are instructed to bring their calendars.

The Court's review of the docket indicates that several outdated motions remain listed as pending. The Plaintiff's initial Motion for Preliminary Injunction **(# 2)** and Motion for leave to File Oversized Brief **(# 3)** are **DENIED AS MOOT**.

Dated this 4th day of August, 2005

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge