IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. ~~05-MK-216 (MJW)~~ 05-cv-00216-MSK-MJW

DIGITAL WAVE CORPORATION, a Colorado corporation,

    Plaintiff/Counter-Defendant,

v.

SCIENTIFIC CYLINDER INTERNATIONAL LLC, a Colorado limited liability company;

    Defendant/Counter-Claimant/Third-Party Plaintiff,

and

SCIENTIFIC CYLINDER – ROCKY MOUNTAIN REGION LLC, a Colorado limited liability company, and XS ENGINEERING LLC, a Colorado limited liability company,

    Defendants,

v.

MICHAEL R. GORMAN, STEVEN ZIOLA, RICHARD QUINE, JOHN B. GREENMAN, PAUL GRAVES, and RICHARD FICK,

    Third-Party Defendants.

---

**ORDER REGARDING UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO "SCIENTIFIC CYLINDER INTERNATIONAL LLC'S SECOND AMENDED ANSWER TO AMENDED COMPLAINT, AFFIRMATIVE DEFENSES, COUNTERCLAIMS, THIRD PARTY COMPLAINT, AND JURY DEMAND"**
(Docket No. 74)

---

THIS MATTER comes before the Court on Third-Party Defendant Quine and

Greenman's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to

"Scientific Cylinder International LLC's Second Amended Answer to Amended Complaint, Affirmative Defenses, Counterclaims, Third Party Complaint, and Jury Demand" ("Motion"). A review of the Motion indicates that the Plaintiff has complied with D.C.COLO.LCivR. 7.1(A) and that scientific Cylinder International, LLC does not oppose Third Party Plaintiff Quine and Greenman's request.

IT IS THEREFORE ORDERED that the Motion is Granted.

Third Party Defendants Quine and Greenman shall have an extension of time, to and including July 25, 2005 to answer or otherwise respond to "Scientific Cylinder International LLC's Second Amended Answer to Amended Complaint, Affirmative Defenses, Counterclaims, Third Party Complaint, Affirmative Defenses, Counterclaims, Third Party Complaint, and Jury Demand."

Dated this 4TH day of August, 2005.

BY THE COURT:

~~Marcia S. Krieger~~
~~United States District Court Judge~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE