IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-216-MSK-MJW

DIGITAL WAVE CORPORATION, a Colorado corporation,

Plaintiff,

v.

SCIENTIFIC CYLINDER INTERNATIONAL LLC, a Colorado limited liability company; CORBOY AND JERDE, LLC, a Colorado limited liability company, JAMES M. CORBOY, PAUL J. JERDE, and GARY L. BRYAN,

Defendants

v.

MICHAEL R. GORMAN, STEVEN ZIOLA, RICHARD QUINE, JOHN B. GREENMAN, PAUL GRAVES, and ROBERT FICK,

Third party Defendants

---

**ORDER REGARDING: STIPULATION OF DISMISSAL WITH PREJUDICE OF LESS THAN ALL THE PARTIES**

---

THIS MATTER is before the Court on the Stipulation of Dismissal With Prejudice of Less Than All the Parties filed by Digital Wave Corporation, Scientific Cylinder International, LLC, Corboy and Jerde, LLC, James M. Corboy, Paul J. Jerde, Gary L. Bryan, Michael R. Gorman, Steven Ziola, Richard Quine, and John B. Greenman (collectively the "Stipulating Parties").

The Court hereby ORDERS that all claims between and among the Stipulating Parties,

2

including those claims set forth in the Second Amended Complaint and Jury Demand, Scientific Cylinder International, LLC's Counterclaim against Digital Wave Corporation, and Scientific Cylinder International, LLC's Third Party Claim against Michael R. Gorman, Steven Ziola, Richard Quine, and John B. Greenman, are hereby dismissed with prejudice. The Stipulating Parties shall bear their own costs and attorneys' fees.

The claims of Third Party Plaintiff Scientific Cylinder International, LLC against Third Party Defendants Paul Graves and Robert Fick are not affected by this dismissal of the claims against fewer than all parties.

The revised caption for this matter shall read as follows and shall be used on all subsequent pleadings:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-216-MSK-MJW

SCIENTIFIC CYLINDER INTERNATIONAL LLC,

    Third Party Plaintiff

v.

PAUL GRAVES, and ROBERT FICK,

    Third Party Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Court finds no just reason for delay in dismissal of the claims against fewer than all parties to this action.

DATED this 17th day of August, 2005.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge