IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00216-MSK-MJW

SCIENTIFIC CYLINDER INTERNATIONAL LLC,

    Third Party Plaintiff,

v.

PAUL GRAVES and ROBERT FICK,

    Third party Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    Based upon Judge Krieger's Order of August 17, 2005 (Docket No. 95), it is hereby ORDERED that the Motion to Compel Responses to (1) Plaintiff's Request for Production of Documents to Scientific Cylinder International LLC and (2) Plaintiff's First Set of Interrogatories to Scientific Cylinder International LLC, which was filed on June 24, 2005 (Docket No. 64), is denied as moot.

Date: August 24, 2005