IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00216-MSK-MJW

SCIENTIFIC CYLINDER INTERNATIONAL LLC, a Colorado limited liability company,

   Third Party Plaintiff,

v.

PAUL GRAVES and ROBERT FICK,

   Third Party Defendants.

_____

**ORDER DISMISSING REMAINING CLAIMS AND CLOSING CASE**
_____

   This matter having come before the Court on the parties' Stipulation to Dismiss Remaining Claims **(#101)**, and the Court being well advised in the grounds therefore,

   IT HEREBY IS ORDERED:

   1.   All claims remaining at issue in the above-captioned case shall be and hereby are dismissed.

   2.   In accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, this dismissal shall be without prejudice.

   3.   Each party shall bear his or its own costs and fees incurred with regard to the litigation of this case.

4. The clerk shall close this case.

DATED this 12th day of October, 2005.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge